FILED:  July 5, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1737
(1:15-cv-02288-RDB)

_____

PAMELA CHAMBLISS; SCOTT ADAMSON, individually and on behalf of all
others similarly situated

　　　　　Plaintiffs - Appellants

v.

CAREFIRST, INC., a Maryland Corporation; CAREFIRST OF MARYLAND,
INC., a Maryland Corporation

　　　　　Defendants - Appellees

 and

DOES 1-10

　　　　　Defendant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:15-cv-02288-RDB |
| Date notice of appeal filed in originating court: | 06/24/2016 |
| Appellant (s) | Pamela Chambliss, et al. |

| Appellate Case Number | 16-1737 |
| --- | --- |
| Case Manager | Kirsten Hancock<br>804-916-2704 |